In re Jerome Norman, applying for Rehearing of this court’s action dated October 10, 2008, from the 24th Judicial District Court Div. F, No. 97653; Parish of Jefferson to the Court of Appeal, Fifth Circuit, Nos 03-KH-555,03-KH-742, 98-KH-53, 01-KH-69, 01-KH-819, 98-KH-616, 02-KH-294, 03-KH-342, 06-KH-345, 06-KH-312, 06-KH-793, 98-KH-108, 01-KH-686, 05-KH-245,01-KH-638, 98-K-471, 98-K-1267, 99-KH-453, 99-KH-453, 99-KH-1114, 00-KH-1114, 00-KH-1473, 00-KH-1396.
Rehearing denied.
WEIMER, J., would grant.